UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Myung-Ja Melton,

                Plaintiff,

—against—

Malcolm Shabazz, L.P. et al.,

                Defendants.

NOTICE OF LIMITED APPEARANCE OF *PRO BONO* COUNSEL

Civ. 1:18-08111 (AT) (SDA)

To the Clerk of this Court and all parties of record:

    Enter my appearance as *pro bono* counsel in this case on behalf of Myung-Ja Melton (Plaintiff) for the limited purpose of defending Plaintiff's deposition and taking the deposition of Malcolm Shabazz on her behalf. I certify that I am admitted to practice in this Court. I have undertaken this representation at the request of the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants.

Oct. 10, 2019
Date

Signature

Jeffrey D. Coleman     5313077
Print Name     Bar No.

Kirkland & Ellis LLP, 601 Lexington Avenue
Address

New York    NY    10022
City    State    Zip Code

212-909-3201     212-446-4900
Phone No.     Fax No.

jeffrey.coleman@kirkland.com
Email Address