**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/11/2020

**Myung-Ja Melton,**

                              **Plaintiff,**

            **-against-**

**Malcolm Shabazz, L.P. et al.,**

                              **Defendants.**

**1:18-cv-08111 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a status conference with the parties, it is hereby Ordered that Defendants shall provide Plaintiff with an authorization form for the release of medical records no later than February 18, 2020. If Plaintiff intends to seek damages for emotional distress beyond "garden-variety" damages, she shall, no later than February 25, 2020, complete and sign the authorization form to allow the release of any relevant medical records to Defendants.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:      New York, New York
            February 11, 2020

_____
STEWART D. AARON
United States Magistrate Judge