February 24, 2020

Magistrate Judge Stewart D. Aaron
United District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Melton v. Shabazz, LP et al
    18 civ 8111

Honorable Judge Aaron:

Plaintiff, Myung-Ja Melton, informs the court that defendant has not complied with the order pertaining medical record release. Defendant failed to provide me, to date, with authorization form for the release and consequently plaintiff is unable to observe the date February 25, 2020 to complete the authorization.
Plaintiff needs to know the scope of release to be specified.


Respectfully submitted,

*[signature]*
Myung-Ja Melton


encl; order dd 2/11/2020


cc; James Pannone, Esq. by e-mail

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Myung-Ja Melton,

                **Plaintiff,**

    -against-

Malcolm Shabazz, L.P. et al.,

                **Defendants.**

1:18-cv-08111 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a status conference with the parties, it is hereby Ordered that Defendants shall provide Plaintiff with an authorization form for the release of medical records no later than February 18, 2020. If Plaintiff intends to seek damages for emotional distress beyond "garden-variety" damages, she shall, no later than February 25, 2020, complete and sign the authorization form to allow the release of any relevant medical records to Defendants.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

DATED:     New York, New York
              February 11, 2020

_____
STEWART D. AARON
United States Magistrate Judge