UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Myung-Ja Melton,

                Plaintiff,

-against-

Malcolm Shabazz, L.P. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2020

1:18-cv-08111 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

No later than Tuesday, May 12, 2020, the parties shall file a joint letter regarding the status of this action. The letter shall address whether any party intends to file a dispositive motion and, if so, set forth a proposed briefing schedule.

**SO ORDERED.**

DATED:    New York, New York
             May 5, 2020

_____
STEWART D. AARON
United States Magistrate Judge