```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Myung-Ja Melton,

                    Plaintiff,

-against-

Malcolm Shabazz, L.P. et al.,

                    Defendants.

1:18-cv-08111 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    In view of the fact that Plaintiff's opposition to Defendants' motion for summary judgment, which Plaintiff indicated she timely submitted to the Court, has not yet been filed on the electronic docket, it is hereby Ordered that the deadline for Defendants to file their reply is extended until September 21, 2020.

    A copy of this Order will be mailed and emailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
                August 21, 2020

                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge