UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Myung-Ja Melton,

                        Plaintiff,

    -against-

Malcolm Shabazz, L.P. et al.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2020

1:18-cv-08111 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a status conference with the parties today, it is hereby Ordered as follows:

1. No later than Wednesday, October 21, 2020, Plaintiff shall file any additional papers in opposition to Defendants' pending motion for summary judgment.

2. No later than Monday, November 16, 2020, Defendants shall file any reply.

3. Plaintiff's renewed request for additional discovery, made during today's conference, is denied without prejudice. As previously set forth in the Court's June 15, 2020 Order (ECF No. 73), if Plaintiff believes that any additional discovery is necessary to oppose Defendants' motion for summary judgment, she may state as such in her opposition in accordance with Federal Rule of Civil Procedure 56(d).

A copy of this Order will be mailed and emailed to the *pro se* Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
                September 30, 2020

_____
STEWART D. AARON
United States Magistrate Judge