# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

**Myung-Ja Melton,**

            Plaintiff,                        18 **CIVIL** 8111 (SDA)

      -against-                            **JUDGMENT**

**Malcolm Shabazz, L.P. et al.,**

            Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 12, 2021, Defendants' motion for summary judgment is granted; accordingly, this case is closed.

**Dated:** New York, New York
          February 16, 2021

                                              **RUBY J. KRAJICK**
                                                     Clerk of Court
                         **BY:**
                                                      Deputy Clerk